**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MARGARET M. SCICCHITANO,**

        **Plaintiff,**

**-vs-**                                            **Case No. 6:10-cv-496-Orl-31GJK**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

_____

# ORDER

On June 9, 2011, Magistrate Judge Kelly entered a Report and Recommendation (Doc. 14), recommending that the decision of the Commissioner (Doc. 1) be reversed and that the case be remanded for an award of benefits. Defendant filed timely objections to the Report (Doc. 15), and Plaintiff responded (Doc. 16).

Defendant does not object to the Magistrate Judge's conclusion that its original decision was erroneous. Rather, Defendant contends that the appropriate remedy requires a remand for further consideration. Upon *de novo* review of the above, the Court concludes that the remedy chosen by Magistrate Judge Kelly was correct. It is, therefore

**ORDERED** that:

1.    The Report and Recommendation of the Magistrate Judge is Adopted and Confirmed;

2.    The decision of the Commissioner is REVERSED.

3.    The case is REMANDED to the Commissioner for an award of benefits; and

   4.  The Clerk shall enter judgment for the Plaintiff and close the file.

   **DONE** and **ORDERED** in Chambers, Orlando, Florida on July 14, 2011.

Copies furnished to:

United States Magistrate Judge  
Counsel of Record  
Unrepresented Party

                  GREGORY A. PRESNELL  
                  UNITED STATES DISTRICT JUDGE